# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SPEND LIFE WISELY COMPANY, f/k/a DURANT BANCORP, INC., and FIRST UNITED BANK AND TRUST COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEPHEN D. PHILLIPS,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 4:22-CV-509<br>§  JUDGE MAZZANT<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters final judgment in this action based upon its Findings of Fact and Conclusions of Law.

It is hereby **ORDERED** and **ADJUDGED** that Plaintiffs Spend Life Wisely Company and First United Bank and Trust Company shall take nothing on their claim for breach of contract and request for a declaratory judgment against Defendant Stephen D. Phillips, and those claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** and **ADJUDGED** that Defendant Stephen D. Phillips shall take nothing on his counterclaim for libel, and this counterclaim is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 25th day of July, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE